# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 2:14-CV-634-FTM-38CM

CPA2014009682

Plaintiff:
**DENNIS KILYK,**

vs.

Defendant:
**LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS,**

For:
Benjamin H. Yormak, Esquire
Yormak Employment & Disability Law Group
9990 Coconut Road
Suite 206
Bonita Springs, FL 34135

Received by ATTORNEYS SUBPOENA SERVICE, INC. on the 10th day of November, 2014 at 11:11 am to be served on **LEE COUNTY, BOARD OF COUNTY COMMISSIONERS, 2115 SECOND STREET, FORT MYERS, Lee County, FL 33901**.

I, Ernest Averill, Jr., do hereby affirm that on the **13th day of November, 2014** at **3:15 pm, I:**

Served a Government Agency by delivering a true copy of this **Summons & Complaint** with the date and hour of service endorsed thereon by me, to SONJA HURST as PARALEGAL TO COUNTY ATTORNEY of the within named agency, to wit: LEE COUNTY, BOARD OF COUNTY COMMISSIONERS and informing such person of their contents.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Twentieth Judicial Circuit of Florida, in which the process was served. Signed in the State of **FLORIDA**. **"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525.** Notary not required.

**Ernest Averill, Jr.**
CPS # 157234

**ATTORNEYS SUBPOENA SERVICE, INC.**
**2285 1st Street**
**Fort Myers, FL 33901**
**(239) 337-3783**

Our Job Serial Number: CPA-2014009682

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

INITIALS OF SERVER: EA
DATE OF SERVICE: 11-13-14
TIME OF SERVICE: 3:15 p
I.D. # IF APPLICABLE: 157234

DENNIS KILYK,

*Plaintiff(s)*

v.

LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS,

*Defendant(s)*

Civil Action No. 2:14-cv-634-FtM-38CM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LEE COUNTY, FLORIDA BOARD OF COUNTY COMMISSIONERS
2115 SECOND STREET
FORT MYERS, FLORIDA 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin H. Yormak, Esq.
9990 Coconut Road
Bonita Springs, Florida 34135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Sherri Upshaw

*Signature of Clerk or Deputy Clerk*

Date: October 31, 2014